# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES PRESTRIDGE, | ) | 3:13-CV-0525-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 6, 2015 |
| | ) | |
| RENEE BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING_____

COUNSEL FOR DEFENDANT(S): NONE APPEARING_____

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to vacate the court's order (#13) and provide the parties three weeks to settle the matter before reissuing (#27) is **DENIED**.

In April 2014, the court deferred its decision on the plaintiff's application to proceed *in forma pauperis* (#3) for ninety days to allow the parties to attempt to settle this case. At the end of the ninety-day stay the Office of the Attorney General filed a status report advising the case had not settled (#12). Thereafter, the court granted the plaintiff's request to proceed *in forma pauperis* (#13).

The court originally defers the decision on requests for *in forma pauperis* because it has no authority to waive the filing fee once it has been assessed. The parties are encouraged to continue to negotiate a settlement and the court is willing to set a settlement conference upon stipulation of the parties.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk